UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
TV TOKYO CORPORATION,

Plaintiff,

- against -

BEAR HUGS et al.

Defendants.
------------------------------------X

**MEMORANDUM AND ORDER**

26 Civ. 4292 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** the Court previously entered a Temporary Restraining Order ("TRO") in the above-captioned case, which included provisions imposing temporary asset restraints upon defendants' accounts with certain Financial Institutions and other third parties; and

**WHEREAS** on June 25, 2026, the Court vacated the TRO and ordered plaintiff's counsel to inform defendants, as well as the Financial Institutions and other third parties, that the TRO had been vacated, ECF No. 43; and

**WHEREAS** the Court explained that upon proof of compliance with the Court's directions to inform the defendants and third parties of the content and impact of this order, the case would be formally dismissed; and

**WHEREAS** plaintiff's counsel has now submitted a "Certificate of Service" and attached exhibits documenting its efforts to comply

with the notice provisions of the Court’s order; it is hereby

**ORDERED** that the above-captioned case is dismissed.

Dated: New York, New York
July 14, 2026

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE